# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR1078-H |
| Plaintiff, | Booking No. 44389-298 |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| JOSE ANDRES RESENDIZ-SANCHEZ (1), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Jose Andres Resendiz-Sanchez. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 19, 2015

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE